UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    Case No. 19-26193-LMI
Jazmina Davila,                                           Chapter 13

_____Debtor(s)._____/

## MOTION TO WAIVE WAGE DEDUCTION ORDER

COMES NOW the Debtor, Jazmina Davila, by and through the undersigned counsel, and files this Motion to Waive the Wage Deduction Order and as grounds therefore states:

1. The Debtor works as an hourly wage employee and does not have steady income. Furthermore, the wages from the Debtor are not sufficient to sustain the plan amount.

2. The Debtor has been advised of the risks involved in waiving the wage deduction order but still feels a waiver is the Debtor's best interest.

WHEREFORE the Debtor, Jazmina Davila, respectfully requests that this Honorable Court enter an order waiving the requirement that the chapter 13 plan payment be paid directly by the Debtor's employer.

     I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted on January 10, 2020.

    Respectfully submitted,

    Robert Sanchez, Esq.
    355 West 49th Street
    Hialeah, FL 33012
    Tel. (305)-687-8008

    By:___/s/ Robert Sanchez_____
    Robert Sanchez, Esquire
    FBN#0442161