UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                              CASE NO.: 19-26193-LMI
                                                                    CHAPTER 13
Jazmina Davila,

    Debtor.
_____/

### NOTICE OF WITHDRAWAL

    **PLEASE TAKE NOTICE THAT**, on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2008-1, ASSET-BACKED CERTIFICATES, SERIES 2008-1 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Amended Proof of Claim 1-2, filed on June 19, 2020.**

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100,
    Boca Raton, FL 33487
    Telephone: 470-321-7112

    By: /s/Keith Labell
        Keith Labell
        Email: klabell@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 1, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JAZMINA DAVILA
1176 W 37TH TERRACE
HIALEAH, FL 33012-4138

And via electronic mail to:

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 33012

NANCY K. NEIDICH
WWW.CH13MIAMI.COM
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

By: /s/ Tyler Zajac
Tyler Zajac
Email: Tzajac@rasmonitor.com