UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 19-26193-LMI

Jazmina  Davila
            Debtor(s).                              Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through the undersigned counsel and files this

Motion to Modify Chapter 13 Plan and as grounds states as follows:

1.      On December  3, 2019 the instant case was filed.

2.      On March 16, 2020 Debtor's Second Amended Chapter 13 plan was

        confirmed.

3.      The Debtor has experienced and is currently experiencing a material

        financial hardship due to COVID-19 since the Debtor has been working

        on a part time basis at her job during the last few months.

4.      The Debtor submits to modify her current plan under the CARES Act §

        1113(b)(1)(C) which modifies §§ 1329 (d)(1)-(3) and seeks to extend plan

        payments for a total of 84 months.

5.      In Debtor's confirmed plan, the Debtor is paying Secured Creditor

        Deutsche Bank National Trust Company / PHH Mortgage Corporation as

        a cure and maintain plan. The Secured Creditor filed a Notice of

        Postpetition Mortgage Fees, Expenses, and Charges, wherein the

        additional $1,600.00 would have to be added onto the regular payments.

6.      Debtor further desires to modify the plan in order to provide for the above-mentioned payment.

7.      On December 8, 2020 the Trustee issued a Notice of Delinquency.

8.      The Debtor has been unable to become current in the required time frame.

9.      The Debtor further desires to Modify the plan in order to become current with the Chapter 13 plan.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on January 13, 2021:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez_____*
    Robert Sanchez, Esq., FBN#0442161