| Fill in this information to identify the case: |
|---|
| Debtor 1   Jazmina Davila aka Jasmina Davila<br>         aka Jasmina J Davila<br>         aka Yasmina Davila<br>         aka Jasmine Davila |
| Debtor 2   _____<br>(Spouse, if filing) |
| United States Bankruptcy Court for the <u>SOUTHERN</u> District of <u>FLORIDA</u> |
| Case number <u>19-26193-LMI</u> |

# Official Form 410S1

## Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Deutsche Bank National Trust Company, as trustee for Soundview Home Loan Trust 2008-1, Asset-Backed Certificates, Series 2008-1

**Last 4 digits** of any number you use to identify the debtor's account: 1900

**Court claim no.** (if known): 1-2

**Date of payment change:** 3/1/2021
Must be at least 21 days after date of this notice

**New total payment:** $804.47
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $250.63          New escrow payment: $291.40

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate: _____          New interest rate: _____

   Current principal and interest payment: _____          New principal and interest payment: _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment _____          New mortgage payment: _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

Debtor 1 <u>Jazmina Davila aka Jasmina Davila</u>    Case number *(if known)* <u>19-26193-LMI</u>
<u>aka Jasmina J Davila</u>
<u>aka Yasmina Davila</u>
<u>aka Jasmine Davila</u>
    Print Name    Middle Name    Last Name

### Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Keith Labell</u>    Date <u>January 14, 2021</u>
   Signature

Print    <u>Keith Labell</u>    Title  <u>Authorized Agent for Creditor</u>
    First Name   Middle Name   Last Name

Company    <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address    <u>6409 Congress Avenue, Suite 100</u>
   Number   Street

          <u>Boca Raton FL 33487</u>
          City       State   ZIP Code       <u>klabell@raslg.com</u>

Contact Phone    <u>470-321-7112</u>    Email

"The 'current escrow payment' in the attached Escrow Statement will not match the previously filed NOPC or POC/APOC as this escrow payment is based on the contractual due date. The current escrow payment included in this Notice of Payment Change is not based on the previously filed court record.  This will not have any impact on the borrower."

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jazmina Davila
1176 W 37th Terrace
Hialeah, FL 33012-4138

And via electronic mail to:

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/ Kristin Williams
Kristin Williams
Krwilliams@rascrane.com

**PHH MORTGAGE**

PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your annual escrow statement
December 22, 2020

Loan number: ███████

### Questions?

**Visit us at**
www.MortgageQuestions.com
**Call toll free** 1-877-744-2506
**Fax** 1-856-917-8300

JASMINA DAVILA
EDDIE DAVILA
UNIT 12
1176 W 37TH TER
HIALEAH, FL  33012-4138

**Why am I getting this statement?**

In accordance with federal guidelines your escrow account is reviewed at least one time per year; however, certain circumstances may require an additional review. This statement is a result of that review known as an escrow analysis statement, which determines if sufficient funds are available to pay your taxes and/or insurance. This statement is a projection of your escrow account and may also include a history of the escrow activity on your loan since the time you last received an escrow analysis statement. The enclosed update follows notice of the account's involvement in a bankruptcy petition, filed on December 3, 2019 under chapter 13 of the Bankruptcy Code. This statement should be reviewed carefully. The mortgage payment may be affected. Please contact us at the number above if this account is not part of a Chapter 13 proceeding or plan. If this account has filed for any other Bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case, or received any other discharge under the U.S. Bankruptcy Code that applied to the referenced property, please be advised that this Notice is for information purposes only and not intended as an attempt to collect a debt against you personally.

**What does this mean to me?**

Because your escrow account is projected to have less money than is needed, there is a shortage of **$286.80.**

**Option 1)** Do Nothing: The monthly shortage for the next 12 months is **$23.90** and will automatically be added to your monthly payment beginning **March 2021.** Your new monthly payment for **March 2021** will be **$804.47.**

**Option 2)** Pay the escrow shortage as a lump sum using the attached shortage coupon. If you pay your escrow shortage by **February 20, 2021,** then your new monthly payment will be **$780.57** effective with your **March 2021** mortgage payment.

**What is a shortage?**

A shortage is the difference between the **anticipated** escrow balance and the **required** escrow balance at the beginning of the analysis cycle. A shortage typically results from changes in taxes and/or insurance. Please refer to the enclosed FAQ for additional information.

| | |
|---|---|
| **Anticipated** escrow account balance (as of February 28, 2021): | -$ 46.82 |
| Escrow adjusted per Proof of Claim* | $1,097.50 |
| **Required** escrow account balance (as of February 28, 2021 ): | $1,337.48 |
| **Difference resulting in an escrow account shortage:** | **$286.80** |

*This amount reflects the adjustment made for the Bankruptcy Proof of Claim:

See reverse ➔

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

## Escrow analysis Coupon

Borrower Name: JASMINA DAVILA
Loan Number: ███████

☐ I choose to repay the shortage of $ _____ in full.

**Shortage Amount: $286.80**

Make the check payable to **PHH Mortgage Services** and mail it with this coupon in the envelope provided. Your lump sum payment must be received by **February 20, 2021** to be effective with your **March 2021** payment.

You may also pay your shortage online by visiting the website shown at the top of this statement.

**PHH Mortgage Services**
PO BOX  371867
PITTSBURGH, PA  15250-7867

### What is my new monthly payment?

The following table reflects your current monthly payment and new monthly payment for each option:

|  | Current Payment | New Payment with Shortage - Opt 1 | New Payment without Shortage - Opt 2 |
|---|---|---|---|
| Principal & Interest | $513.07 | $513.07 | $513.07 |
| Escrow Deposit | $251.72 | $267.50 | $267.50 |
| Escrow Shortage |  | $23.90 |  |
| **Total Payment** | **$764.79** | **$804.47** | **$780.57** |

*If your payment is issued by a third party, or if you make payments through a bill pay service, then please make sure your new total monthly payment amount is updated with your service provider.*

### Payment Change Breakdown

Below are the escrow items we anticipate collecting for and paying on your behalf over the next 12 months. To calculate your new monthly escrow payment of $267.50, we added up the actual or estimated tax and insurance payments for the next 12 months beginning with the March 2021 payment and divided the total by 12. Included for the comparison are the Annual Payments we projected to pay during the **last analysis cycle**, as displayed in detail in the history portion of the escrow analysis statement.

| Description | Current Annual Payment | Projected Annual Payment |
|---|---|---|
| Taxes | $3,007.51 | $3,209.98 |
| **TOTAL** | **$3,007.51** | **$3,209.98** |

### Prior Year Account History and Coming Year Projections

**This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure and projects payments, disbursements and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that all or a portion of a payment or disbursement on that row has not yet occurred but is estimated to occur as shown. An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or date.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $535.00 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise.

Your projected anticipated lowest account balance of $849.30- will be reached in November 2021. When subtracted from your minimum required balance of $535.00, an Escrow Shortage results in the amount of $286.80. These amounts are indicated with **LP**. You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If you have any questions about this statement, please call our Customer Service Department toll free at **1-877-744-2506**.

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account, or to process the payment as a check transaction.  When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.  If you do not want us to use the information from your check to make a one time electronic funds transfer or if you have any questions, please call us at the phone number shown on the front of this statement.

### Change of name or address
If your contact information has changed, please give us the new information below.

| Name (first, middle, last) | | |
|---|---|---|
| Address (number and street) | | Suite no. |
| City | State | Zip code |
| Home telephone | Business telephone | Extension |
| (   ) | (   ) | |
| E-mail address | | |

**PHH MORTGAGE**

PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

## Your annual escrow statement (continued)
December 22, 2020

JASMINA DAVILA
EDDIE DAVILA
UNIT 12
1176 W 37TH TER
HIALEAH, FL  33012-4138

Loan number: ▇▇▇▇▇▇

**Questions?**

Visit us at
www.MortgageQuestions.com
Call toll free 1-877-744-2506
Fax 1-856-917-8300

### Escrow account projections for the coming year

| Date | Description | Anticipated amounts paid into your escrow account ($) | Anticipated amounts paid out of your escrow account ($) | Anticipated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
| | Opening balance | | | - 46.82 | 1,337.48 |
| Mar 2021 | | 267.50 | | 220.68 | 1,604.98 |
| Apr 2021 | | 267.50 | | 488.18 | 1,872.48 |
| May 2021 | | 267.50 | | 755.68 | 2,139.98 |
| Jun 2021 | | 267.50 | | 1,023.18 | 2,407.48 |
| Jul 2021 | | 267.50 | | 1,290.68 | 2,674.98 |
| Aug 2021 | | 267.50 | | 1,558.18 | 2,942.48 |
| Sep 2021 | | 267.50 | | 1,825.68 | 3,209.98 |
| Oct 2021 | | 267.50 | | 2,093.18 | 3,477.48 |
| Nov 2021 | COUNTY TAX | 267.50 | 3,209.98 | -849.30 | 535.00 **LP** |
| Dec 2021 | | 267.50 | | -581.80 | 802.50 |
| Jan 2022 | | 267.50 | | -314.30 | 1,070.00 |
| Feb 2022 | | 267.50 | | -46.80 | 1,337.50 |
| **Total** | | **$3,210.00** | **$3,209.98** | | |

**LP** - indicates your required escrow lowest balance

### Prior year account History

| Date | Description | Amounts paid into your escrow account Anticipated ($) | Amounts paid into your escrow account Actual ($) | Amounts paid out of your escrow account Anticipated ($) | Amounts paid out of your escrow account Actual ($) | Escrow account balance Anticipated ($) | Escrow account balance Actual ($) |
|---|---|---|---|---|---|---|---|
| | Opening balance | | | | | 751.84 | -3,866.47 |
| Jan 2020 | | 250.63 | * | | | 1,002.47 | -3,866.47 |
| Feb 2020 | | 250.63 | * | | | 1,253.10 | -3,866.47 |
| Mar 2020 | | 250.63 | * | | | 1,503.73 | -3,866.47 |
| Apr 2020 | | 250.63 | 250.63 | | | 1,754.36 | -3,615.84 |
| May 2020 | | 250.63 | 250.63 | | | 2,004.99 | -3,365.21 |
| Jun 2020 | | 250.63 | 250.63 | | | 2,255.62 | -3,114.58 |
| Jul 2020 | | 250.63 | * | | | 2,506.25 | -3,114.58 |
| Aug 2020 | | 250.63 | * | | | 2,756.88 | -3,114.58 |
| Sep 2020 | | 250.63 | * | | | 3,007.51 | -3,114.58 |
| Oct 2020 | | 250.63 | * | | | 3,258.14 | -3,114.58 |
| Nov 2020 | COUNTY TAX | 250.63 | * | 3,007.51 | 3,209.98* | 501.26 | -6,324.56 |
| Dec 2020 | | 250.63 | 5,776.48 E | | E | 751.89 | -548.08 |
| Jan 2021 | | | 250.63 E | | E | 751.89 | -297.45 |
| Feb 2021 | | | 250.63 E | | E | 751.89 | -46.82 |
| **Total** | | **3,007.56** | **7,029.63** | **3,007.51** | **3,209.98** | | |

Page 3 of 3