UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  19-26193-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

JAZMINA DAVILA

DEBTOR_____/

## NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor is delinquent in Confirmed Chapter 13 Plan Payments in the amount of **$5495.51**.

The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only.  Payments must be sent to:

 NANCY K. NEIDICH, ESQUIRE
 STANDING CHAPTER 13 TRUSTEE
 P.O. BOX 2099
 MEMPHIS, TN  38101-2099

If the Chapter 13 Trustee ("Trustee") does not receive all payments by **September 9, 2021** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed without further notice or hearing.

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 26th day of July 2021.

 */s/ Nancy K. Neidich*_____
 NANCY K. NEIDICH, ESQUIRE
 STANDING CHAPTER 13 TRUSTEE
 P.O. BOX 279806
 MIRAMAR, FL  33027-9806

NOTICE OF DELINQUENCY
CASE NO.: 19-26193-BKC-LMI

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
JAZMINA DAVILA
1176 W 37TH TERRACE
HIALEAH, FL  33012-4138

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012