

ORDERED in the Southern District of Florida on August 24, 2021.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Case No.: 19-26193-LMI
Jazmina Davila,
    Debtor(s).  Chapter 13
_____/

### AGREED ORDER SUBSTITUTING COUNSEL FOR DEBTOR

**THIS CAUSE** having come upon this Court Ex-Parte upon the Agreed Stipulation for Substitution of Counsel For Debtor(s) and the parties having agreed and the Court being fully advised in the premises it is thereupon:

**ORDERED AND ADJUDGED:**

1. That JOSE A. BLANCO be and the same is hereby substituted as counsel of record for Debtor(s), Jazmina Davila, and further that ROBERT SANCHEZ be and the same is withdrawn as counsel of record for Debtor(s) herein and relieved of further responsibility in connection herewith.

1. There are no further attorney's fees due to ROBERT SANCHEZ, Esq.

2. The balance of attorney's fees and costs in the Plan and any earned but unpaid fees are to be paid to Debtor's attorney, Jose A. Blanco. However, no fees are allowed above the safe harbor limit unless an Order approving of such fees has been entered.

# # #

This Order prepared by:
Jose A. Blanco, Esquire
355 West 49 Street,
Hialeah, FL 33012
-Attorney Jose A. Blanco is hereby directed to serve a copy of this order upon all interested parties.