**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ THIRC Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Jazmina Davila      JOINT DEBTOR: _____      CASE NO.: 19-26193-LMI

SS#: xxx-xx- 8283           SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $512.16    for months 1 to 20 ;
2. $1,647.86  for months 21 to 84 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $3,068.84 | Total Paid: | $1,715.00 | Balance Due: | $1,353.84 |
|---|---|---|---|---|---|
| Payable | $153.44 | /month (Months 1 to 20) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
ROBERT SANCHEZ: $3,068.84

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

| Total Fees: | $2,631.16 | Total Paid: | $525.00 | Balance Due: | $2,106.16 |
|---|---|---|---|---|---|
| Payable | $324.29 | /month (Months 21 to 26) | | | |
| Payable | $160.42 | /month (Months 27 to 27) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
JOSE BLANCO: $2,631.16

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS    ☐ NONE

**A. SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

LF-31 (rev. 06/04/21)                       Page 1 of 3

**1. Creditor:** PHH Mortgage Servicing [POC#1]

Address: MailStop SBRP
PO Box 5469
Mt. Laurel, NJ 08054

Last 4 Digits of Account No.: 1900

| Field | Amount | Period |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $20,072.37 | |
| Regular Payment (Maintain) | $223.90 | /month (Months 1 to 20) |
| Arrears Payment (Cure) | $71.21 | /month (Months 1 to 20) |
| Regular Payment (Maintain) | $1,001.98 | /month (Months 21 to 84) |
| Arrears Payment (Cure) | $0.00 | /month (Months 21 to 26) |
| Arrears Payment (Cure) | $163.87 | /month (Months 27 to 27) |
| Arrears Payment (Cure) | $324.29 | /month (Months 28 to 84) |

Other:

☒ Real Property
  ☒ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☒ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
1176 West 37 Terrace #12, Hialeah, FL 33012

☐ Personal Property/Vehicle
Description of Collateral:

**2. Creditor:** Mango Hill C.A. #9, Inc. [POC#2]

Address: c/o Smart Choice Property Managment
330 SW 27 Avenue #706
Miami, FL 33166

Last 4 Digits of Account No.: 12

| Field | Amount | Period |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $3,000.00 | |
| Regular Payment (Maintain) | $16.88 | /month (Months 1 to 20) |
| Arrears Payment (Cure) | $9.38 | /month (Months 1 to 20) |
| Regular Payment (Maintain) | $112.86 | /month (Months 21 to 84) |
| Arrears Payment (Cure) | $43.94 | /month (Months 21 to 84) |

Other:

☒ Real Property
  ☒ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☒ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
1176 West 37 Terrace #12, Hialeah, FL 33012

☐ Personal Property/Vehicle
Description of Collateral:

    **B. VALUATION OF COLLATERAL:** ☒ NONE

    **C. LIEN AVOIDANCE** ☒ NONE

    **D. SURRENDER OF COLLATERAL:** ☒ NONE

    **E. DIRECT PAYMENTS** ☒ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

    **A.** Pay $0.00 /month (Months 1 to 84)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Debtor(s): Jazmina Davila     Case number: 19-26193-LMI

    B.   ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C.   <u>SEPARATELY CLASSIFIED:</u>    ■ NONE

| | | | |
|---|---|---|---|
| **VI.** | <u>**STUDENT LOAN PROGRAM**</u> | ■ NONE | |
| **VII.** | <u>**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**</u> | ■ NONE | |
| **VIII.** | <u>**INCOME TAX RETURNS AND REFUNDS:**</u> | ■ NONE | |
| **IX.** | <u>**NON-STANDARD PLAN PROVISIONS**</u> | ■ NONE | |

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor _____      _____ Joint Debtor _____
Jazmina Davila      Date                                 Date

/s/ Jose A. Blanco, Esq.      August 31, 2021
Attorney with permission to sign on Debtor(s)' behalf      Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**