| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 19-26193-LMI<br>Southern District of Florida<br>Miami<br>Tue Nov 16 17:19:55 EST 2021 | Deutsche Bank National Trust Company<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | DEUTSCHE BANK NATIONAL TRUST COMPANY,<br>PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Deutsche Bank National Trust Company<br>c/o Brock & Scott, PLLC<br>2001 NW 64th Street Suite 130<br>Fort Lauderdale, FL 33309-1855 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Mango Hill C.A. #9, Inc.<br>PO Box 127431<br>Hialeah, FL 33012-1624 |
| Mango Hill C.A. #9, Inc.<br>c/o Smart Choice Property Management<br>330 SW 27th Avenue<br>Suite 706<br>Miami, FL 33135-2968 | Mango Hill Condominium Association No. 9<br>c/o Neighborhood Property Management, RA<br>2083 West 76 Street<br>Hialeah, FL 33016-1834 | Mango Hill Property Owners Assoc., Inc<br>c/o Fran Perez-Siam, PA<br>7001 SW 87 Court<br>Miami, FL 33173-2509 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PHH Mortgage Services<br>Attn: Research/Bankruptcy<br>1661 Worthington Rd   Ste 100<br>West Palm Beach, FL 33409-6493 | PHH Mortgage Servicing<br>Attn: Bankruptcy Department<br>Po Box 5452<br>Mount Laurel, NJ 08054-5452 |
| Jazmina Davila<br>1176 W 37th Terrace<br>Hialeah, FL 33012-4138 | Jose A Blanco<br>Jose A. Blanco, P.A.<br>102 E 49th ST<br>Hialeah, FL 33013-1853 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)Deutsche Bank National Trust Company,<br>PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | End of Label Matrix<br>Mailable recipients   14<br>Bypassed recipients    2<br>Total                 16 |