www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

| | |
|---|---|
| ☐ _____ | Original Plan |
| ☐ _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☑ SIXTH _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Jazmina Davila          JOINT DEBTOR: _____          CASE NO.: 19-26193-LMI

SS#: xxx-xx- 8283          SS#: xxx-xx- _____

## I.     NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☑ Not included |

## II.     PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.     MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $834.19 _____ for months   1   to   39  ;

2.   $1,903.48 _____ for months   40   to   84  ;

**B.     DEBTOR(S)' ATTORNEY'S FEE:**          ☐ NONE          ☐ PRO BONO

| Total Fees: | $3,068.84 | Total Paid: | $0.00 | Balance Due: | $3,068.84 |
|---|---|---|---|---|---|

Payable          $78.69          /month (Months   1   to   39  )

Allowed fees under LR 2016-l(B)(2) are itemized below:
ROBERT SANCHEZ: $3,068.84

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

| Total Fees: | $3,156.16 | Total Paid: | $1,050.00 | Balance Due: | $2,106.16 |
|---|---|---|---|---|---|

Payable          $10.03          /month (Months   1   to   39  )

Payable          $335.16          /month (Months   40   to   44  )

Payable          $39.20          /month (Months   45   to   45  )

Allowed fees under LR 2016-l(B)(2) are itemized below:
JOSE BLANCO: $3,156.16

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.     TREATMENT OF SECURED CLAIMS     ☐ NONE

**A.     SECURED CLAIMS:**     ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

Debtor(s): Jazmina Davila                                          Case number: 19-26193-LMI

---

**1. Creditor:** PHH Mortgage Servicing [POC#1]

| Address: MailStop SBRP | | | | |
|---|---|---|---|---|
| PO Box 5469 | Arrearage/ Payoff on Petition Date | $20,072.37 | | |
| Mt. Laurel, NJ 08054 | Arrears Payment (Cure) | $124.27 | /month (Months 1 to 39 ) | |
| **Last 4 Digits of** | Arrears Payment (Cure) | $50.00 | /month (Months 40 to 44 ) | |
| **Account No.:** 1900 | Arrears Payment (Cure) | $345.96 | /month (Months 45 to 45 ) | |
| | Arrears Payment (Cure) | $375.13 | /month (Months 46 to 84 ) | |
| | Regular Payment (Maintain) | $552.88 | /month (Months 1 to 39 ) | |
| | Regular Payment (Maintain) | $1,104.96 | /month (Months 40 to 84 ) | |

Other: _____

☑ Real Property                        Check one below for Real Property:

    ☑ Principal Residence          ☑ Escrow is included in the regular payments

    ☐ Other Real Property          ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
1176 West 37 Terrace #12, Hialeah, FL 33012

☐ Personal Property/Vehicle

Description of Collateral:

---

**2. Creditor:** Mango Hill C.A. #9, Inc. [POC#2]

| Address: c/o Smart Choice Property | | | | |
|---|---|---|---|---|
| Managment | Arrearage/ Payoff on Petition Date | $3,000.00 | | |
| 330 SW 27 Avenue #706 | Arrears Payment (Cure) | $4.81 | /month (Months 1 to 39 ) | |
| Miami, FL 33166 | Arrears Payment (Cure) | $62.50 | /month (Months 40 to 84 ) | |
| **Last 4 Digits of** | Regular Payment (Maintain) | $8.66 | /month (Months 1 to 39 ) | |
| **Account No.:** 12 | Regular Payment (Maintain) | $160.51 | /month (Months 40 to 84 ) | |

Other: _____

☑ Real Property                        Check one below for Real Property:

    ☑ Principal Residence          ☐ Escrow is included in the regular payments

    ☐ Other Real Property          ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
1176 West 37 Terrace #12, Hialeah, FL 33012

☐ Personal Property/Vehicle

Description of Collateral:

---

  **B. VALUATION OF COLLATERAL:** ☑ NONE

  **C. LIEN AVOIDANCE** ☑ NONE

  **D. SURRENDER OF COLLATERAL:** ☑ NONE

  **E. DIRECT PAYMENTS** ☑ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☑ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

  **A. Pay** $0.00 /month (Months 1 to 84 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Debtor(s): Jazmina Davila _____    Case number: 19-26193-LMI _____

B.  ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C.  <u>SEPARATELY CLASSIFIED:</u>   ☒ NONE

VI.   <u>STUDENT LOAN PROGRAM</u>  ☒ NONE

VII.  <u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>   ☒ NONE

VIII. <u>INCOME TAX RETURNS AND REFUNDS:</u>

☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

IX.   <u>NON-STANDARD PLAN PROVISIONS</u> ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Jazmina Davila_   Debtor  04-05-2023 _____         _____   Joint Debtor   _____
Jazmina Davila                Date                                                          Date

/s/ Jose A. Blanco, Esq. _____    April 5, 2023 _____
Attorney with permission to sign on          Date
Debtor(s)' behalf who certifies that
the contents of the plan have been
reviewed and approved by the
Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

_____

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.