## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ TENTH _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Jazmina Davila     JOINT DEBTOR: _____     CASE NO.: 19-26193-LMI

SS#: xxx-xx- 8283          SS#: xxx-xx- _____

**I.  NOTICES**

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

**II.  PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

   A.  **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

   1. $728.79    for months  1  to  48 ;

   2. $2,315.20  for months  49  to  84 ;

   B.  **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $3,068.84 | Total Paid: | $0.00 | Balance Due: | $3,068.84 |
| Payable | $63.93 | /month (Months  1  to  48 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
ROBERT SANCHEZ: $3,068.84

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $4,731.16 | Total Paid: | $2,100.00 | Balance Due: | $2,631.16 |
| Payable | $43.60 | /month (Months  1  to  48 ) | | | |
| Payable | $385.62 | /month (Months  49  to  49 ) | | | |
| Payable | $152.84 | /month (Months  50  to  50 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
JOSE BLANCO: $3,156.16 + $525 Motion to Reinstate +525 Motion to Modify +525 Motion to Modify = $4,731.16

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

**III.  TREATMENT OF SECURED CLAIMS**    ☐ NONE

   A.  **SECURED CLAIMS:**    ☐ NONE

   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

Debtor(s): Jazmina Davila    Case number: 19-26193-LMI

1. Creditor: PHH Mortgage Servicing [POC#1]
   Address: MailStop SBRP
   PO Box 5469
   Mt. Laurel, NJ 08054

   Last 4 Digits of Account No.: 1900

   Arrearage/ Payoff on Petition Date: $20,072.37
   Arrears Payment (Cure): $101.33 /month (Months 1 to 48)
   Arrears Payment (Cure): $51.80 /month (Months 49 to 49)
   Arrears Payment (Cure): $284.58 /month (Months 50 to 50)
   Arrears Payment (Cure): $437.42 /month (Months 51 to 84)
   Regular Payment (Maintain): $459.48 /month (Months 1 to 48)
   Regular Payment (Maintain): $1,367.52 /month (Months 49 to 84)

   Other: _____

   ■ Real Property
      ■ Principal Residence
      ☐ Other Real Property
   Check one below for Real Property:
      ■ Escrow is included in the regular payments
      ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

   Address of Collateral:
   1176 West 37 Terrace #12, Hialeah, FL 33012

   ☐ Personal Property/Vehicle
   Description of Collateral:

2. Creditor: Mango Hill C.A. #9, Inc. [POC#2]
   Address: c/o Smart Choice Property Managment
   330 SW 27 Avenue #706
   Miami, FL 33166

   Last 4 Digits of Account No.: 12

   Arrearage/ Payoff on Petition Date: $3,000.00
   Arrears Payment (Cure): $3.90 /month (Months 1 to 48)
   Arrears Payment (Cure): $78.12 /month (Months 49 to 84)
   Regular Payment (Maintain): $7.04 /month (Months 1 to 48)
   Regular Payment (Maintain): $200.62 /month (Months 49 to 84)

   Other: _____

   ■ Real Property
      ■ Principal Residence
      ☐ Other Real Property
   Check one below for Real Property:
      ☐ Escrow is included in the regular payments
      ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

   Address of Collateral:
   1176 West 37 Terrace #12, Hialeah, FL 33012

   ☐ Personal Property/Vehicle
   Description of Collateral:

   B. **VALUATION OF COLLATERAL:** ■ NONE
   C. **LIEN AVOIDANCE** ■ NONE
   D. **SURRENDER OF COLLATERAL:** ■ NONE
   E. **DIRECT PAYMENTS** ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

   A. Pay $0.00 /month (Months 1 to 84)
      Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.**  ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C.**  <u>SEPARATELY CLASSIFIED:</u>   ☒ NONE

**VI.**   <u>STUDENT LOAN PROGRAM</u>  ☒ NONE

**VII.**  <u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>  ☒ NONE

**VIII.** <u>INCOME TAX RETURNS AND REFUNDS:</u>

    ☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**IX.**   <u>NON-STANDARD PLAN PROVISIONS</u> ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Jazmina Davila     Debtor     January 5, 2024          Joint Debtor
Jazmina Davila                     Date                                               Date

/s/ Jose A. Blanco, Esq.     January 5, 2024
Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]
                               Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.