| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Jazmina Davila<br>aka Jasmina Davila<br>aka Jasmina J Davila<br>aka Yasmina Davila<br>aka Jasmine Davila |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the SOUTHERN District of FLORIDA | |
| Case number <u>19-26193-LMI</u> | |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges           12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2008-1, ASSET-BACKED CERTIFICATES, SERIES 2008-1**

**Court claim no**. (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: <u>1900</u>

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice:

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | **Description** | **Date Incurred** | | **Amount** |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 01/21/2020 | (5) | $700.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review Fee | 12/16/2019 | (11) | $150.00 |
| 12 | Other. Specify: Plan Objection Fee | 12/20/2019 | (12) | $500.00 |
| 13 | Other. Specify: POC 410A Fee | 01/21/2020 | (13) | $250.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Jazmina Davila</u>
<u>aka Jasmina Davila</u>
<u>aka Jasmina J Davila</u>
<u>aka Yasmina Davila</u>
<u>aka Jasmine Davila</u>

Case number *(if known)* <u>19-26193-LMI</u>

Print Name     Middle Name     Last Name

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Christopher Salamone         Date  March 12, 2020
Signature

Print  **Christopher Salamone**                 Title  <u>Bankruptcy Attorney</u>
       First Name     Middle Name     Last Name

Company  <u>Robertson, Anschutz & Schneid, P.L.</u>

Address  <u>6409 Congress Ave., Suite 100</u>
         Number          Street

         <u>Boca Raton, FL 33487</u>
         City                    State    ZIP Code

Contact Phone  <u>470-321-7112</u>                Email  csalamone@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___March 13, 2020_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 33012

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

JAZMINA DAVILA
1176 W 37TH TERRACE
HIALEAH, FL 33012-4138

 

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: _/s/ Sophia Watkins_____
    Sophia Watkins
    swatkins@rascrane.com

**Robertson, Anschutz & Schneid, P.L.**

6409 N. Congress AVE.
Boca Raton, FL 33487 2853
Phone No: (561) 495-7554
Fax No: (561) 241-6606

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed |
| 2001 Bishops Gate Blvd | | Input By: | Jodi Camille |
| Mount Laurel, NJ 08054 | | Date Submitted: | 12/18/2019 |
| Re: | DAVILA JASMINA | Invoice Date: | 12/18/2019 |
| | 1176W 37TH TER UNIT 12 | Vendor Ref #: | |
| | HIALEAH, FL 33012 4138 | Vendor Code: | |
| Loan #: | 1900 | Payee Code: | |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | / 001 | Referral Date | 12/5/2019 |
| Cost Center: | | | |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $200,000.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | B | | |
| BK Case No: | 19-26193-LMI | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 12/18/2019 | 12/19/2019 | 12/19/2019 | | 12/19/2019 | 12/19/2019 | 12/21/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | 12/16/2019 | 1 | $150.00 | $150.00 | $0.00 | $150.00 |

Note: Bankruptcy Plan Review - Bankruptcy Plan Review (recoverable BK-4102). Please note that no documents are filed with BK court for Plan Review. BK_RECOVERABLE
Service From Date: 12/16/2019        Service To Date: 12/16/2019

| | | | |
|---|---|---|---|
| | $150.00 | $0.00 | $150.00 |
| Total: | $150.00 | $0.00 | $150.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Does Not Exceed Allowable

**Robertson, Anschutz & Schneid, P.L.**

6409 N. Congress AVE.
Boca Raton, FL 33487 2853
Phone No: (561) 495-7554
Fax No: (561) 241-6606

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed(Exc) |
| 2001 Bishops Gate Blvd | | Input By: | Jodi Camille |
| Mount Laurel, NJ 08054 | | Date Submitted: | 12/23/2019 |
| Re: | DAVILA JASMINA | Invoice Date: | 12/23/2019 |
| | 1176W 37TH TER UNIT 12 | Vendor Ref #: | |
| | HIALEAH, FL 33012 4138 | Vendor Code: | |
| Loan #: | 1900 | Payee Code: | |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | / 001 | Referral Date | 12/17/2019 |
| Cost Center: | | | |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $200,000.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | B | | |
| BK Case No: | 19-26193-LMI | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 12/23/2019 | 12/24/2019 | 12/24/2019 | | 12/24/2019 | 12/24/2019 | 12/27/2019 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Objection to Confirmation | | 12/20/2019 | 1 | $500.00 | $500.00 | $0.00 | $500.00 |

Note: Bankruptcy Plan Objection BK_RECOVERABLE
Service From Date: 12/20/2019        Service To Date: 12/20/2019

| | | | |
|---|---|---|---|
| | | $500.00 | $0.00 | $500.00 |

| | | | |
|---|---|---|---|
| Total: | | $500.00 | $0.00 | $500.00 |

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
Does Not Exceed Allowable

Execution Date Time: 03/10/2020 10:21:54 PM                                                        Pages: 1/ 2

**Robertson, Anschutz & Schneid, P.L.**

6409 N. Congress AVE.
Boca Raton, FL 33487 2853
Phone No: (561) 495-7554
Fax No: (561) 241-6606

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed(Exc) |
| 2001 Bishops Gate Blvd | | Input By: | Jodi Camille |
| Mount Laurel, NJ 08054 | | Date Submitted: | 1/23/2020 |
| Re: | DAVILA JASMINA 1176W 37TH TER UNIT 12 HIALEAH, FL 33012 4138 | Invoice Date: | 1/23/2020 |
| | | Vendor Ref #: | |
| Loan #: | 1900 | Vendor Code: | |
| Loan Type: | Conventional | Payee Code: | |
| Inv. ID / Cat. ID: | / 001 | Type: | Non Judicial |
| Cost Center: | | Referral Date | 1/9/2020 |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $200,000.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | B | | |
| BK Case No: | 19-26193-LMI | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 1/23/2020 | 1/24/2020 | 1/24/2020 | | 1/24/2020 | 1/24/2020 | 1/28/2020 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | | 01/21/2020 | 1 | $700.00 | $700.00 | $0.00 | $700.00 |

Note: Bankruptcy Proof of Claim BK_RECOVERABLE
Service From Date: 1/21/2020       Service To Date: 1/21/2020

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Bankruptcy Fee | | | 01/21/2020 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

Note: Per Ocwen directive, Bankruptcy Fee Line item used for Bankruptcy Proof of Claim-Part 5(410A) Recoverable
Service From Date: 1/21/2020       Service To Date: 1/21/2020

| | | |
|---|---|---|
| $950.00 | $0.00 | $950.00 |

Total:                                                                $950.00    $0.00    $950.00

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
Does Not Exceed Allowable

Execution Date Time: 03/10/2020 10:21:54 PM                              Pages: 1/ 2